ACCEPTED
03-14-00694-CV
5866628
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 3:35:27 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00694-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 3:35:27 PM
JEFFREY D. KYLE
Clerk

**ANTHONY PASSEUR**, *APPELLANT*

*v.*

**FEDERAL HOME LOAN MORTGAGE CORPORATION**, *APPELLEE*

APPEAL FROM CAUSE NO. 14-0981-CC4
COUNTY COURT AT LAW NUMBER FOUR
WILLIAMSON COUNTY, TEXAS
HON. JOHN MCMASTER PRESIDING

## APPELLANT'S MOTION TO DISMISS APPEAL

Stephen Casey
Texas Bar No. 24065015

ORAL
ARGUMENT
REQUESTED

CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

*Counsel for Appellant*
*Anthony Passeur*

i

1. Comes now, Appellant, Anthony Passeur, and files his motion to dismiss his appeal from Williamson County Court at Law Number Four. Appellant no longer wishes to pursue this appeal and respectfully moves this Court to dismiss his appeal and remove this case from the court's docket.

## PRAYER

Appellant prays the Court will grant the motion.

Respectfully submitted,

   /s/ Stephen Casey   

Stephen Casey
Texas Bar No. 24065015

595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

## CERTIFICATE OF CONFERENCE

I hereby certify that upon receiving communication from Appellant I sent an electronic communication to opposing counsel, Travis Gray, notifying him of the communication from Appellant to my office. The appeal was due June 26, 2015. I have called on two separate occasions today, June 29, 2015, and was unable to reach opposing counsel. To delay would prejudice my client further.

/s/Stephen Casey

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on Monday, June 29, 2015, on the following via facsimile transmission or the state efiling service:

Travis Gray
Jack O'Boyle and Associates
travis@jackoboyle.com

/s/ Stephen Casey